AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NO. 98-259(SEC) |
| CARLOS HUMBERTO CABRERA-POLO, ET AL. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico on this 15th day of November, 2004.

H. S. GARCIA
United States Attorney

/S/ *Warren Vázquez*
Warren Vazquez - USDC No. 125413
Attorney for Plaintiff
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel: (787) 766-5656
Fax: (787) 766-6222
Email: warren.vazquez@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

    At San Juan, Puerto Rico this 15th day of November, 2004.

/S/ *Warren Vázquez*
Attorney for Plaintiff