IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CARLOS H. CABRERA-POLO, ET AL<br>Defendants. | CRIMINAL NO. 98-259(SEC) |

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. That as of March 1, 2006, AUSA Desirée Laborde-Sanfiorenzo is not the Assistant U.S. Attorney responsible for the prosecution of the above referenced case.

2. The Assistant U.S. Attorney responsible for the prosecution of this case is Warren Vázquez.

WHEREFORE, the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Desirée Laborde-Sanfiorenzo as the attorney responsible for the prosecution of instant case.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1stday of March, 2006.

          H.S. GARCIA
          United States Attorney


          S/Desirée Laborde-Sanfiorenzo
          Desirée Laborde-Sanfiorenzo
          Bar No. 208110
          Assistant U. S. Attorney
          Suite 1201, Torre Chardón
          350 Carlos Chardón Avenue
          Hato Rey, Puerto Rico  00919
          Tel. (787) 766-5656
          desiree.laborde@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico, March 1, 2006.


          S/Desirée Laborde-Sanfiorenzo
          Desirée Laborde-Sanfiorenzo
          Bar No. 208110
          Assistant U. S. Attorney
          Suite 1201, Torre Chardón
          350 Carlos Chardón Avenue
          Hato Rey, Puerto Rico  00919
          Tel. (787) 766-5656
          desiree.laborde@usdoj.gov